JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRAN DEWAYNE KETCHUP,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>B. BIRKHOLZ,<br><br>　　　　　　Respondent. | Case No. CV 21-09936 MCS (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed without prejudice for lack of jurisdiction.

DATED: June 17, 2022

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARK C. SCARSI
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE